*Robinson, J.*

Littler Mendelson P.C.
Joel L. Finger
Theo E. M. Gould
900 Third Avenue
New York, New York 10022
(212) 497-8489
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

LISA BORSILLI,                                    :
                                                  :
                              Plaintiff,          :   No. 08 Civ 5135 (SCR)
                                                  :
        - against -                               :
                                                  :   STIPULATION EXTENDING TIME
WAL-MART STORES EAST L.P.,                         :
                                                  :
                              Defendant.          :
                                                  :
-------------------------------------------------------------- X

It is hereby stipulated and agreed by and between the undersigned counsel for Plaintiff Lisa

Borsilli and Defendant Wal-Mart Stores East L.P., that the time in which Defendant may answer,

move or otherwise respond to the Complaint in this matter is hereby extended up to and including,

August 5, 2008. This is the first extension that the parties have requested.

Dated: July 18, 2008

_____                      _____
Joel L. Finger                                   Paul Cisternino
Theo E. M. Gould                                 Law Office of Paul N. Cisternino, P.C.
Littler Mendelson P.C.                           16 Briarbrook Road
900 Third Avenue                                 Ossining, New York 10562
New York, NY 10022                               (914) 330-1527
(212) 497-8489                                   Attorney for Plaintiff
Attorneys for Defendant

So ORDERED

_____                      DATED: 7/22/08
U.S.D.J.